**United States Bankruptcy Court**
**Central District Of California**

| | |
|---|---|
| In re:<br>Guillermo C Pecson Jr | CHAPTER NO.: 13 |
| | CASE NO.: 8:10−bk−13828−RK |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015−2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]
☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income
X  Declaration re Electronic Filing.

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 13     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: March 26, 2010

                  **KATHLEEN J. CAMPBELL, CLERK OF COURT**

                  **By: Vi Nguyen**
                    **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: vnguyenC          Page 1 of 1          Date Rcvd: Apr 01, 2010
Case: 10-13828                Form ID: mccdn          Total Noticed: 3

The following entities were noticed by first class mail on Apr 03, 2010.
db         +Guillermo C Pecson, Jr,   3922 Alamo St,   Irvine, CA 92606-2130
aty        +George Holland, Jr,   Holland Law Firm,   1970 Broadway Ste 1030,   Oakland, CA 94612-2222
tr         +Amrane Cohen,   770 The City Dr So Ste #3300,   Orange, CA 92868-6922

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    **Signature:**    *Joseph Speetjens*