1  CASPER J. RANKIN (CA SBN 249196)
   ERIC J. TESTAN (CA SBN 268919)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
   Attorneys for  HSBC MORTGAGE SERVICES INC
6

7

8

9

10

11              UNITED STATES BANKRUPTCY COURT

12      CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

13  In re                          | Case No. 8:10-bk-13828-RK

14  GUILLERMO C PECSON, JR ,       | Chapter 13

15                                 | OBJECTION TO CONFIRMATION OF
                                    | CHAPTER 13 PLAN
16          Debtor(s).
                                    | 341(a) MEETING:
17                                  | DATE:       May 5, 2010
                                    | TIME:       4:00pm
18                                  | PLACE:      RM 1-154, 411 W Fourth St.,
                                    |             Santa Ana, CA 92701
19
20                                  | CONFIRMATION HEARING:
                                    | DATE:       June 9, 2010
21                                  | TIME:       1:30pm
                                    | CTRM:       5D, 411 W Fourth St.,
22                                  |             Santa Ana, CA 92701

23

24      HSBC Mortgage Services Inc[1] (hereinafter "Creditor"), secured creditor of the above-entitled

25  Debtor, Guillermo C Pecson, Jr (hereinafter "Debtor"), hereby objects to the Chapter 13 Plan filed

26  by Debtor in the above-referenced matter.  The basis of the objection is stated below:

27  _____

28      [1] This Objection to Confirmation of Chapter 13 Plan shall not constitute a waiver of the within party's right to receive service pursuant
    to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in this
    proceeding. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's
    participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

# I.

## **STATEMENT OF FACTS**

1.     On or about June 21, 2005, Debtor, for valuable consideration, made, executed and delivered to Alternative Financing Corporation ("Lender") a Promissory Note in the principal sum of $516,000.00 (the "Note").  Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments. A true and correct copy of the Note is attached hereto as exhibit A and incorporated herein by reference.

2.     On or about June 21, 2005, Debtor made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in certain real property located at 3922 Alamo Street, Irvine, California 92606 (hereinafter the "Subject Property"), which is more fully described in the Deed of Trust.  The Deed of Trust was recorded on June 30, 2005, in the official records of the Orange County Recorder's office. A true and correct copy of the Deed of Trust is attached hereto as exhibit B and incorporated herein by reference.

3.     Subsequently, Lender's beneficial interest in the Deed of Trust was sold, assigned and transferred to Creditor.  A true and correct copy of the Corporation Assignment of Deed of Trust evidencing the Assignment of the Deed of Trust to Creditor is attached hereto as exhibit C and incorporated herein by reference.

4.     On or about March 26, 2010, Debtor filed a Chapter 13 bankruptcy petition.  Debtor's Chapter 13 Plan provides no provision for payment to the Chapter 13 Trustee, nor does Debtor indicate the term of the Plan. Moreover, Debtor's Chapter 13 Plan contains no provision for payment to Creditor on its pre-petition arrears.

5.     The pre-petition arrearage on Creditor's secured claim is in the sum of $47,787.76.  A true and correct copy of Creditor's Proof of Claim is attached hereto as exhibit D and incorporated herein by reference.

6.     Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor to approximately $1,327.43 monthly in order to cure Creditor's pre-petition arrears over a period not to exceed thirty-six (36) months.

/././

1    Creditor now objects to the Chapter 13 Plan filed herein by the Debtor.

2                                          **II.**

3                                    **<u>ARGUMENT</u>**

4    Application of the provisions of 11 United States Code section 1325 determines when a plan

5    shall be confirmed by the Court.  Based on the above sections, as more fully detailed below, this

6    Plan cannot be confirmed as proposed.

7

8    **A.    <u>DOES NOT MEET FULL VALUE REQUIREMENT</u>**
         11 U.S.C. § 1325(a)(5)(B)(ii).

9

10   The amount of arrearage in Debtor's Chapter 13 Plan is incorrect.  The pre-petition arrears

11   specified in the Chapter 13 Plan are $0.00.  The actual pre-petition arrears equal $47,787.76, based

12   on Creditor's Proof of Claim.  As a result, the Plan fails to satisfy 11 U.S.C. § 1325(a)(5)(B)(ii).

13

14   **B.    <u>PROMPT CURE OF PRE-PETITION ARREARS</u>**
         11 U.S.C. § 1322(d).

15

16   Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor to

17   approximately $1,327.43 monthly in order to cure Creditor's pre-petition arrears over a period not to

18   exceed thirty-six (36) months.

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

1    WHEREFORE, Creditor respectfully requests:

2    1.    That confirmation of the Debtor's Chapter 13 Plan be denied;

3    2.    That Debtor's case be dismissed;

4    3.    Alternatively, that the Plan be amended to reflect that the pre-petition arrears listed in

5    Creditor's Proof of Claim be paid within a period not exceeding 36 months; and

6    4.    Alternatively, that the Plan be amended to reflect that Creditor maintains a fully

7    secured claim which is subject to an Adequate Protection Order requiring the Debtor to maintain

8    current Plan payments to the Chapter 13 Trustee; and

9    5.    For such other and further relief as this Court deems just and proper.

10                         Respectfully submitted,

11

12    Dated:  June 7, 2010                    PITE DUNCAN, LLP

13

14                         /s/ Eric J. Testan (CA SBN 268919)
                           ERIC J. TESTAN

15                         Attorneys for HSBC MORTGAGE SERVICES INC

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4375 Jutland Drive, Suite 200<br>
P.O. Box 17933<br>
San Diego, CA 92177-0933

The foregoing document described OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 7, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert N. Kwan
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

Guillermo C Pecson, Jr
3922 Alamo St
Irvine, CA 92606

George Holland Jr.
Holland Law Firm
1970 Broadway Ste 1030
Oakland, CA 94612

Amrane Cohen
770 The City Dr So Ste #3300
Orange, CA 92868

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 7, 2010 | Michael W. Leewright | /s/ MICHAEL W. LEEWRIGHT |
|---|---|---|
| *Date* | *Type Name* | *Signature* |